UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DERABIAN B. CARTHELL,**  Petitioner,  vs.  **GARY MINIARD,**  Respondent. | 2:21-CV-13014-TGB-CI  **ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE** |

Michigan prisoner Derabian B. Carthell has filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. Now before the Court is Petitioner's motion for appointment of counsel. In support of his motion, Petitioner states that he needs the assistance of counsel to file a more detailed supplemental brief in support of his petition and that he is financially unable to retain counsel.

A petitioner has no absolute right to be represented by counsel on federal habeas corpus review. *See Abdur-Rahman v. Michigan Dept. of Corrections*, 65 F.3d 489, 492 (6th Cir. 1995). In a civil case, appointment of counsel is "a matter within the discretion of the court. It is a privilege and not a right." *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quotation omitted). The Court finds that the interests of justice do not

require the appointment of counsel at this time. See 18 U.S.C. § 3006A(a)(2)(B). The Court denies the motion without prejudice. If the Court finds appointment of counsel necessary at a future point in the proceedings, the Court will *sua sponte* reconsider Petitioner's request for counsel.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Petitioner's Motion for Appointment of Counsel (ECF No. 3).

**IT IS SO ORDERED**.

Dated: February 4, 2022     s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE